IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALEXANDER JARRETT,

    Plaintiff,

v.                                                                Civil Action No. 4:25-cv-00225

JBP SECURITY LLC
and RAY L. MARSHALL,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ALEXANDER JARRETT (hereinafter sometimes referred to as "Plaintiff"), by and through his undersigned counsel, hereby sues Defendants, JBP SECURITY and RAY L. MARSHALL (hereinafter sometimes referred to as "Defendants"), and in support thereof states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against his former employers for unpaid wages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. and breach of contract under Texas law.

### JURISDICTION

2. This Court has jurisdiction to hear the merits of Plaintiff's overtime

claim pursuant to 28 U.S.C. § 1331, as this claim arises under federal law, and by the private right of action conferred in 29 U.S.C. § 216(b).

## VENUE

3. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) and 28 U.S.C. 1391(b)(2) because Defendant RAY L. MARSHALL resides in Harris County, Texas, the principal office for Defendant JBP SECURITY LLC is located in Harris County, Texas, and a substantial part of the events giving rise to this matter occurred in Harris County, Texas.

## THE PARTIES

4. Plaintiff ALEXANDER JARRETT is an individual residing in Harris County, Texas.

5. Plaintiff ALEXANDER JARRETT was employed by Defendants from January 17, 2024 until June 29, 2024 as a security guard whose primary duties included observing and reporting suspicious activities at a warehouse in Houston, Texas at the regular rate of $16.00 per hour for the approximately first three weeks of his employment with Defendants and the regular rate of $17.00 per hour for all remaining weeks of employment with Defendants.

6. Defendant JBP SECURITY LLC is a limited liability company formed and existing under the laws of the State of Texas.

7. Defendant JBP SECURITY LLC is a company that provides security services to commercial businesses and is an employer as defined by 29 U.S.C. § 203(d).

8. Defendant JBP SECURITY LLC has employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

9. Defendant RAY L. MARSHAL is an individual residing in Harris County, Texas.

10. Defendant RAY L. MARSHALL is an individual who at all times relevant to this matter acted directly or indirectly in the interest of Defendant JBP SECURITY LLC in relationship to Plaintiff. By virtue of these activities, Defendants are joint employers as defined by 29 U.S.C. § 203(d).

11. Defendant RAY L. MARSHALL (1) possessed the power to hire and fire the employees, (2) supervised and controlled employee work schedules or conditions of employment, (3) determined the rate and method of payment, and (4) maintained employment records. Defendant RAY L. MARSHALL personally supervised Plaintiff and determined his rate of pay and job duties. Defendant RAY L. MARSHALL was directly responsible for the handling and approval of payroll for Defendant JBP SECURITY LLC.

12. At all times material to this complaint, Defendants employed two or

more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

13. At all times material to this Complaint, Defendants were the employers of Plaintiff, and as a matter of economic reality, Plaintiff was dependent upon Defendants for his employment.

## VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT

14. During one or more weeks of Plaintiff's employment with Defendants, Plaintiff worked in excess of forty hours, but was never paid the additional half-time premium for each hour over 40 worked in a workweek as required under the FLSA.

15. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Sections 7 and 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times his regular rate of pay for each hour worked in excess of 40 in a workweek. For example, during Plaintiff's employment with Defendants, Plaintiff was required to work overtime hours for which he was not properly compensated. Specifically, Plaintiff regularly worked 12-hour shifts which resulted in him working approximately 48-60 hours per week throughout his employment with Defendants.

16. Defendants had knowledge of and approved such work being performed by Plaintiff.

17. Plaintiff did not hold a position that would be considered exempt from the overtime requirements of the FLSA.

18. As a result of Defendants' unlawful conduct, Plaintiff has been damaged.

19. Plaintiff is entitled to actual and compensatory damages, including the amount of overtime wages which were not paid that should have been paid.

20. Defendants failed to act reasonably to comply with the FLSA, and so Plaintiff is entitled to an award of liquidated damages in an equal amount as the amount of unpaid wages deemed to be owed pursuant to 29 U.S.C. § 216(b).

21. Plaintiff is also entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff ALEXANDER JARRETT demands Judgment against Defendants JBP SECURITY LLC and RAY L. MARSHALL for the following:

    a. Awarding Plaintiff compensatory damages, attorneys' fees and litigation expenses as provided by law;

    b. Awarding Plaintiff pre-judgment, moratory interest as provided by law, should liquidated damages not be awarded;

    c.    Awarding Plaintiff liquidated damages and/or statutory penalties as provided by law;

    d.    Awarding Plaintiff such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

**ROSS SCALISE BEELER AND PILLISCHER**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

_____
**Charles L. Scalise**
Texas Bar No. 24064621
**ATTORNEYS FOR PLAINTIFF**